# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 98-3523

———————

Sandra Gladney Easley,                     *
                                           *
              Appellant,                    *
                                           *
Melvin Easley,                             *
                                           *
              Plaintiff,                     *   Appeal from the United States
                                           *   District Court for the
       v.                                   *   Eastern District of Missouri.
                                           *
Jesse Brown, Secretary, Veterans            *   [UNPUBLISHED]
Administration; Judith A. Callery, RN,      *
                                           *
              Appellees.                     *

———————

Submitted: March 5, 1999
Filed: March 9, 1999

———————

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

Sandra Gladney Easley ("Gladney") appeals from the district court's[1] adverse grant of summary judgment in her suit brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2000e-17 (1994); the Rehabilitation Act, 29 U.S.C. §§

———————

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

701-797b (1994); and state tort law. After careful review of the record and the parties' briefs, we affirm for the reasons stated in the district court's thorough, well-reasoned memorandum and order. <u>See</u> 8th Cir. R. 47B. Gladney's motion to supplement the record is denied.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.